# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF NORTH CAROLINA
# WESTERN DIVISION
# CIVIL CASE NO. 5:22-cv-00484-FL

| | |
|---|---|
| JANISOURCE, LLC and CLEAR MARKETING CORP., <br><br> Plaintiffs, <br><br> v. <br><br> CHANNELADVISOR CORP., <br><br> Defendant. | **NOTICE TO STATE COURT OF REMOVAL** |

Pursuant to Rule 5.3 of the Local Civil Rules of Practice and Procedure for the Eastern District of North Carolina, Defendant ChannelAdvisor Corp. ("ChannelAdvisor"), by and through its counsel Jason M. Wenker and Elizabeth L. Winters of Kilpatrick Townsend & Stockton LLP, hereby files the notice ChannelAdvisor filed in the state court in order to comply with 28 U.S.C. § 1446(d), which is attached hereto as Exhibit A.

Dated: December 1, 2022              Respectfully submitted,

                                               */s/ Elizabeth L. Winters*
                                               Jason M. Wenker, NC State Bar No. 36076
                                               Elizabeth L. Winters, NC State Bar No. 44918
                                               KILPATRICK TOWNSEND & STOCKTON LLP
                                               1001 West Fourth Street
                                               Winston-Salem, North Carolina 27101-2400
                                               Telephone: (336) 607-7300
                                               Facsimile: (336) 607-7500
                                               Email: JWenker@KilpatrickTownsend.com
                                               Email: BWinters@KilpatrickTownsend.com

                                               *Attorneys for Defendant ChannelAdvisor Corp.*

# CERTIFICATE OF SERVICE

The undersigned hereby certifies that on this date I electronically filed the foregoing **NOTICE TO STATE COURT OF REMOVAL** with the Clerk of Court using the CM/ECF system and served the document upon Plaintiffs by depositing a copy thereof in the United States mail, postage prepaid and addressed as follows:

>Deepali A. Brahmbhatt
>3120 Scott Blvd. #13
>Santa Clara, CA 95054
>
>Timothy Devlin
>Devlin Law Firm LLC
>1526 Gilpin Ave.
>Wilmington, DE 19806
>
>Gary W. Jackson
>Christopher R. Bagley
>Law Offices of James Scott Farrin
>555 S. Mangum Street, Suite 800
>Durham, NC 27701
>
>*Attorneys for Plaintiffs JaniSource, LLC and Clear Marketing Corp.*

This the 1st day of December 2022.

>*/s/ Elizabeth L. Winters*
>Elizabeth L. Winters, NC State Bar No. 44918
>KILPATRICK TOWNSEND & STOCKTON LLP
>1001 West Fourth Street
>Winston-Salem, North Carolina 27101-2400
>Telephone: (336) 607-7300
>Facsimile: (336) 607-7500
>Email: BWinters@KilpatrickTownsend.com
>
>*Attorney for Defendant ChannelAdvisor Corp.*